## ILLINOIS CENTRAL RAILROAD COMPANY *v.* SHEEGOG, ADMINISTRATOR.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF KENTUCKY.

No. 879.   Motion to dismiss or affirm submitted May 16, 1910.—Decided
May 31, 1910.

*Held,* without opinion, that the Circuit Court of the United States
had no jurisdiction of this action to enjoin the collection of a judgment entered against appellant in the state court.

THE railroad company removed a suit brought against it and some of its employés for damages for personal injuries from the state court into the Federal court; the state court declined to surrender jurisdiction and the plaintiff in that suit (appellee here) recovered judgment which was affirmed. In the Federal court motions to remand were overruled and judgment entered in favor of the railroad company. Thereupon the railroad company brought this suit in equity in the Circuit Court of the United States to enjoin the enforcement of the judgment entered in the state court in favor of the appellee in this case. The Circuit Court dismissed the case for want of jurisdiction.

*Mr. Plewett Lee* and *Mr. Edmund F. Trabue* for appellant.

*Mr. John G. Miller* for appellee.

*Per Curiam.* Judgment affirmed with costs.